# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIM L. MEADORS, | ) | 1:08cv1663 DLB |
| | ) | |
| | ) | ORDER DISCHARGING ORDER |
| Plaintiff, | ) | TO SHOW CAUSE |
| | ) | (Document 12) |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On October 28, 2008, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On July 31, 2009, the Court issued an order to show cause based on Plaintiff's failure to file and serve an opening brief.

Plaintiff's attorney filed a response to the order to show cause on August 4, 2009, explaining that counsel was under the impression that a stipulation for dismissal had been filed. Response, at 1. Plaintiff's counsel further explains that the parties agreed to dismiss the case on June 16, 2009. Id.

Accordingly, for good cause shown, the July 31, 2009, order to show cause is DISCHARGED. The parties shall file a stipulation of dismissal and proposed order within fifteen (15) days of the date of this order.

IT IS SO ORDERED.

Dated:   **August 7, 2009**                        **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE